FILED
JUL 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | 3:23 CR 383 |
| | ) | JUDGE KNEPP |
| v. | ) | MAG JUDGE CLAY |
| | ) | CASE NO. _____ |
| | ) | Title 18, United States Code, |
| BLAKE HILLABRAND, | ) | Sections 922(o) and 924(a)(2) |
| | ) | |
| Defendant. | ) | |

### COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The United States Attorney charges:

1. On or about March 13, 2023, in the Northern District of Ohio, Western Division, Defendant BLAKE HILLABRAND knowingly possessed a machine gun as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), to wit: a Polymer 80 9MM pistol, model number PF940V2, bearing no serial number with an attached Glock switch, bearing no serial number, and a Glock switch bearing no serial number, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### FORFEITURE

The United States Attorney further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BLAKE HILLABRAND shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, a

ORIGINAL

Polymer 80 9mm pistol, model number PF940V2 bearing no serial number; two Glock switches bearing no serial numbers; and ammunition seized on March 13, 2023.

REBECCA C. LUTZKO<br>
United States Attorney

By: _/s/ Ava R. Dustin_
AVA R. DUSTIN
Toledo Branch Chief